(102 So. 921)

Robert HAYES v. STATE. (6 Div. 462.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

---

(100 So. 924)

Austin HENLEY v. STATE. (4 Div. 978.) (Court of Appeals of Alabama. June 24, 1924.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge.

BRICKEN, P. J. The defendant was put to trial upon an indictment which charged him with the offense of assault with intent to murder one Riley A. Franklin. He was convicted of an assault and battery, the jury assessing a fine against him of $100. Failing to pay the fine and cost, or to confess judgment therefor, he was sentenced to hard labor for the county as required by law, and the court also sentenced him to two months' additional hard labor for the county. From the judgment of conviction he appealed to this court. There is no bill of exceptions, the appeal being upon the record proper. The record has been examined, and is without error. The proceedings appear therein to be regular in all respects. Let the judgment stand affirmed. Affirmed.

---

(102 So. 921)

Mack HENLEY v. STATE. (5 Div. 529.) (Court of Appeals of Alabama. Jan. 13, 1925.) Appeal from Circuit Court, Chilton County. Geo. F. Smoot, Judge. J. B. Atkinson, of Clanton, for appellant. Harwell G. Davis, Atty. Gen., for the State. Violating prohibition law.

SAMFORD, J. The judgment in this case is affirmed, on authority of Esco Smith v. State, ante, p. 442, 102 So. 733. Affirmed.

---

(100 So. 924)

M. V. HENRY, Treasurer, v. Paul RAGSDALE. (6 Div. 543.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

BRICKEN, P. J. Appeal dismissed upon motion of appellant.

---

(100 So. 925)

Alonza HENRY v. STATE. (5 Div. 499.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Burglary.

SAMFORD, J. Appeal dismissed.

---

(104 So. 921)

Walter C. HICKEY v. STATE. (6 Div. 655.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Violating prohibition law.

BRICKEN, P. J. Affirmed.

---

(103 So. 924)

Ben HICKS v. STATE. (8 Div. 278.) (Court of Appeals of Alabama. March 17, 1925.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

RICE, J. The defendant was convicted of the offense of distilling, and appeals. No brief has been submitted on behalf of appellant, and we are unable to discover prejudicial error in any ruling of the trial judge upon the admission or rejection of testimony. There was sufficient evidence to support the verdict returned, and there was no error in overruling defendant's motion for a new trial. A detailed discussion of the several exceptions reserved on account of the admission or rejection of testimony over defendant's objection, or of the action of the court in refusing certain written charges requested by the defendant, would involve a discussion of only elementary principles of law, and could serve no useful purpose. Suffice it to say that each of the charges refused to the defendant was either patently incorrect or inappropriate, or was fully covered by the oral charge of the court, in connection with the written charges given at defendant's request. We find no prejudicial error in the record, and the judgment will be affirmed. Affirmed.

---

(102 So. 921)

D. P. HILL v. CITY OF TUSCALOOSA. (6 Div. 537.) (Court of Appeals of Alabama. Nov. 27, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating prohibition ordinance.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(102 So. 922)

Albert Todd HILL v. STATE. (6 Div. 563.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

BRICKEN, P. J. At the October, 1923, term of the circuit court of Jefferson county the grand jury found and returned into open court an indictment against this appellant, charging him with the offense of forgery in the second degree. It appears from the record that he was arraigned upon said indictment on March 8, 1924, and for his plea thereto said that he was guilty. As a result of defendant's plea of guilty, the court so adjudged, and sentenced him to serve an indeterminate term of imprisonment in the penitentiary of not less than six years or more than ten years. Notwithstanding the "plea of guilty" interposed by defendant upon arraignment, when judgment was pronounced and entered, he took an appeal therefrom to this court. The appeal is upon the record proper, and, as this record is regular in all respects, no error being apparent thereon, the judgment of conviction in the circuit court appealed from will stand affirmed. Affirmed.